# Terry v. Johnson.

APPEAL FROM BREATHITT CIRCUIT COURT.

APPEALS—JURISDICTION—ACT OF 1898.— The act of March 14, 1898, which became a law ninety days after the adjournment of the session at which it was passed, changing the jurisdiction of this court as to the amount involved, is not applicable to cases where the judgment was rendred and the appeal prayed before the act went into effect, although the transcript may have been filed after the law went into effect.

J. J. C. BACH AND W. S. PRYOR FOR THE APPELLEE, IN SUPPORT OF THE MOTION.

The taking of an appeal within the meaning of the act of 1898, is the filing of the transcript and not the praying of the appeal in the court below.

No appearance for the appellant on the motion to dismiss.

JUDGE HAZELRIGG DELIVERED THE OPINION OF THE COURT.

The act fixing the minimum jurisdiction of this court at $200 was passed on March 14, 1898, but did not become a law, according to its express terms for ninety days thereafter. The judgment appealed from in this case, involving less than this sum, was rendered on March 22, 1898, and the appeal was granted by the court below in the judgment. The appeal was therefore "taken," within the meaning of the law. before the act took effect. Motion to dismiss is overruled.